UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL-JOHN FREDERICK MAIER, <br><br> Plaintiff, <br><br> v. <br><br> JAMIE KANE, *et al.*, <br><br> Defendants. | Case No. C20-070-MJP-MLP <br><br> REPORT AND RECOMMENDATION |

On January 15, 2020, Plaintiff Michael-John Maier submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983.[1] (*See* Dkt. # 1-1.) Plaintiff alleges therein that a corrections officer at the Snohomish County Jail physically assaulted him while applying and removing handcuffs on January 10, 2020, causing his wrists to hurt. (*Id*. at 4-5.) Plaintiff further alleges that he was denied his vegan diet during the first sixteen days of his incarceration and was continuously fed soy products despite a soy allergy, causing him to suffer hives, gastrointestinal distress, and weight loss. (*Id*. at 6-7.) Plaintiff's complaint does not contain any

---

[1] Plaintiff was confined at the Snohomish County Jail at the time he filed this action and his address of record remains the Snohomish County Jail. The Court notes, however, that in another of Plaintiff's pending actions, mail directed to Plaintiff at the Snohomish County Jail was recently returned with a notation indicating that Plaintiff had been released from custody. *See Maier v. Marysville Police Department*, C19-1985-JLR-MLP, Dkt. # 10.

REPORT AND RECOMMENDATION - 1

request for relief nor does it bear Plaintiff's signature as required by Rule 11(a) of the Federal Rules of Civil Procedure. (*See id.*)

Plaintiff submitted with his complaint an application to proceed with this action *in forma pauperis*. (Dkt. # 1.) However, Plaintiff failed to include with his application a copy of his prison trust account statement. On January 16, 2020, the Clerk sent Plaintiff a letter explaining that his submission was deficient and advising him that he would have to correct the noted deficiency by February 18, 2020 or risk dismissal of this action. (Dkt. # 3.) To date, Plaintiff has not corrected the deficiency. As Plaintiff has had ample time to correct the deficiency in his *in forma pauperis* application materials, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 27, 2020**.

DATED this 3rd day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2