# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL-JOHN FREDERICK MAIER,

        Plaintiff,

v.

JAMIE KANE, *et al.*,

        Defendants.

Case No. C20-070-MJP

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 26th day of March, 2020.

                                               Marsha J. Pechman
                                               United States District Judge

ORDER DISMISSING ACTION - 1

ORDER DISMISSING ACTION - 2